Southern District Court of Dutchess County

22B4977

Daniel Murray plaintiff

V.

Complaint form

Defendant #1
Rabbi "M" At (Green Haven C.F) Jury Trial

☒ Yes No ☐

Defendant #2
(NYS DOCCS)

Docket #_____

(This is A "1983" Claim) State and local
(I Am a Sentenced State prisoner)

(Statement of Claim)

On 04-02-2024 I was Accused of Stealing tefflim
at of Jewish Synagoge. Went Back to Services
The follow week got Told I Could not Attend Services.
Went Back Down To Services Several times after.
Kept getting told By Rabbi "M" I Could Not Attend
Services. Went Down To Services In June got
Told By Rabbi that My Safty Was At Rish I
am exiled from Jewish Community. I asked him
Why Was This he said Because I Stole tefflim from
Synagoge. I Barrowed The Tefflim But
DID not return it the follow Week Due To
me having to Attend A Callout for parole.

(page 1 of 2)

Defendant # 1 Works for Greenhaven C.F. Personal Claim
Rabbi "M"                                              Individual Claim
Defendant # 2    Is the (NYS Docs) Its Self  Company Claim
Once Again my Rights were Violated. This is
(Inhumane Treatment, Retaliation, Denied Religion
practice) Violated my 4th, 8th, 10th, 12th, 14th
Amendments Rights By not Allowing to Be Able
To practice my religion. Will not Allow me
To Attend Services.

(I am a Sentenced Prisoner)


(Injuries) Was Denied Religion By Rabbi "M"
from Green Haven C.F. I got Threatend By Rabbi "M"

(Relief) I Am looking for $20,000,000.00 from each
Defendant for not Allowing me To practice Religion
And Threatening me. 06-04-2024 Is Where Rabbi "M"
Threatend me on Camera and Audio
(Exhaustion) I Filed A grievence Still Waiting for
Appeals from Superintendant Wont Answer grievence
or Send A Reply.

(I Am prose on This Claim)
(Informa pauperis)

Dated 08-04-2024              22B4977
                             Daniel Murray



(page 2 of 2)